

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00230-CV

| | | |
|---|---|---|
| MDT FRANKFORD VILLAGE, LTD., Appellant | § | On Appeal from County Court at Law No. 2 |
| v. | § | of Denton County (CV-2022-03931) |
| | § | August 26, 2025 |
| SAI JBA, INC., A TEXAS CORPORATION, AND ANSHUL SHRESTHA, Appellees | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for a new trial on the issue of the proper amount of damages to be awarded to Appellant MDT Frankford Village, Ltd.

It is further ordered that Appellees SAI JBA, Inc., a Texas Corporation, and Anshul Shrestha shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell